■  In the Matter of PORT WASHINGTON REAL ESTATE BOARD, INC., Respondent. LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Appellant.—In a proceeding to obtain judicial approval of a certificate of incorporation pursuant to subdivision (a) of section 404 of the Not-For-Profit Corporation Law, the Attorney-General of the State of New York appeals from an order of the Supreme Court, Nassau County, entered May 7, 1976, which granted the application. Order affirmed, with $50 costs and disbursements, upon the opinion of Mr. Justice Suozzi at Special Term. Hopkins, Acting P. J., Martuscello, Latham and Damiani, JJ., concur.